Argued and submitted June 27, affirmed August 7, petition for review denied December 17, 1996 (324 Or 488)

## STATE OF OREGON,
*Respondent,*

*v.*

## PAUL JOHN TORRES,
*Appellant.*

(94CR0610AB; CA A87902)

920 P2d 1149

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the briefs were Sally L. Avera, Public Defender, and Paul John Torres, *pro se.*

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Brenda JP Rocklin, Assistant Attorney General.

Before Warren, Presiding Judge, and Edmonds and Armstrong,* Judges.

PER CURIAM

Affirmed. *State v. Vaughan,* 142 Or App 518, 920 P2d 574 (1996).

---

* Armstrong, J., *vice* Landau, J.